# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, B.T. PALMER, T.J. STINSON**
Appellate Military Judges

### UNITED STATES OF AMERICA

v.

### HENRY L. NOBLES, JR.
### STAFF SERGEANT (E-6), U.S. MARINE CORPS

### NMCCA 201500246
### GENERAL COURT-MARTIAL

**Sentence Adjudged**: 13 April 2015.
**Military Judge**: LtCol E.A. Harvey, USMC.
**Convening Authority**: Commanding General, Marine Corps Recruit Depot/Western Recruiting Region, San Diego, CA.
**Staff Judge Advocate's Recommendation**: Maj B.M. Wilson, USMC.
**For Appellant**: LCDR William Stoebner, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**22 December 2015**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court